**FRANKLIN CO–OPERATIVE CREAMERY ASSOCIATION, Appellant, v. L. M. WILLCUTS, Collector, etc.**

**No. 9167.**

Circuit Court of Appeals, Eighth Circuit.
March 12, 1931.

Robert M. Works, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn., and Martin W. Goldsworthy, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for appellee.

PER CURIAM.

Record ordered filed and appeal docketed and dismissed without costs to either party in this court, on motion of appellee.